**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

MAY 27 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WALDO LOPEZ-ROBINSON,<br><br>                    Defendant. | CASE NO. 10CR1773-L<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) of: _Title 8, U.S.C., Sec. 1326(a) - Deported Alien_
                                   _Found in the United States (Felony)_

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 27, 2010

                                   _____
                                   CATHY ANN BENCIVENGO
                                   UNITED STATES MAGISTRATE JUDGE